# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                  **CRIMINAL NO. 2:16-CR-18-KS-MTP**

**OLIVER JACKSON**

### ORDER

On January 17, 2017, Defendant filed a Motion to Suppress [20]. The Government shall respond to the motion or notify the Court of its intent not to respond on or before on or before **January 30, 2017**. L.U.Crim.R. 47(a), (c). If Defendant wants to file a reply, he may do so on or before **February 6, 2017**. L.U.Crim.R. 47(a), (d).

SO ORDERED AND ADJUDGED this __18th__ day of January, 2017.

                                          s/Keith Starrett
                                 UNITED STATES DISTRICT JUDGE