# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                          **CRIMINAL NO. 2:16-CR-18-KS-MTP**

**OLIVER JACKSON**

## ORDER

For the reasons provided in the Court's bench ruling at the hearing held on March 8, 2017, the Court **denies** Defendant's Motion to Suppress [20].

SO ORDERED AND ADJUDGED this  9th  day of   March  , 2017.

                                        s/Keith Starrett
                                      KEITH STARRETT
                                      UNITED STATES DISTRICT JUDGE